UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KEY CORPORATE CAPITAL, INC., :

        Plaintiff,                 Case No. 08 CV 03695 (RJH)

      v. :

BNP PARIBAS S.A.,              :        **APPEARANCE**

        Defendant. :
------------------------------------------------------------ x

To the Clerk of this court and all parties of record:

      Please enter the appearance of Martin Eisenberg, of the law firm Thompson Hine LLP, as counsel for Key Corporate Capital, Inc., plaintiff in the above captioned case. Any and all future correspondence, pleadings, or other documents related to this case should be forwarded to the undersigned as attorney of record.

Dated: May 13, 2008                          Respectfully Submitted,
New York, New York

                                             /s/ Martin Eisenberg
                                             Martin Eisenberg (ME 0015)
                                             THOMPSON HINE LLP
                                             335 Madison Avenue - 12th Floor
                                             New York, NY 10017-4611
                                             Tele.: 212.908.3933
                                             Fax: 212.344.6101
                                             Martin.Eisenberg@ThompsonHine.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 13th day of May 2008, a true and correct copy of the foregoing was served electronically through the Court's ECF System to the parties listed therein.

      /s/ Martin Eisenberg

*One of the Attorneys for Key Corporate Capital, Inc.*