UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
KEY CORPORATE CAPITAL, INC.,              :
                    Plaintiff,                Case No. 08 CV 03695 (RJH)
                                  :
     v.
                                  :
BNP PARIBAS S.A.,              :
                    Defendant.              :
---------------------------------------------------------- x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for Martin Eisenberg, of the law firm of Thompson Hine LLP.

    *Attorney*

      I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ME 0015.

    *Address:*

    THOMPSON HINE LLP
    335 Madison Avenue - 12th Floor
    New York, NY 10017-4611
    Tele.: 212.908.3933
    Fax: 212.344.6101
    Martin.Eisenberg@ThompsonHine.com

Dated: May 13, 2008                      Respectfully Submitted,
New York, New York

                                                                 /s/ Martin Eisenberg_____
                                                                  *One of the Attorneys for Key Corporate Capital, Inc.*