UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,     :    08-CV-03695 (RJH)

                               Plaintiff,     :    **NOTICE OF APPEARANCE**

                   -v.-     :

BNP PARIBAS S.A.,     :

                               Defendant.     :

------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Robert J. Kirshenberg of Greenberg Traurig, LLP in this action as counsel for defendant BNP PARIBAS, S.A.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        May 14, 2008

                                             Respectfully submitted,

                                             GREENBERG TRAURIG, LLP

                                             By: _____
                                                Robert J. Kirshenberg (RK-1034)

                                             GREENBERG TRAURIG, LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             Telephone: (212) 801-9200
                                             Facsimile: (212) 801-6400
                                             kirshenbergr@gtlaw.com

                                             *Attorneys for Defendant BNP PARIBAS, S.A.*