UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                Plaintiff,

    -v.-

BNP PARIBAS S.A.,

                Defendant.

----------------------------------------------------------------x

08-CV-03695 (RJH)

**CORPORATE DISCLOSURE OF DEFENDANT BNP PARIBAS S.A.,**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant BNP Paribas, S.A., ("BNPP"), certifies that:

      1.    BNPP is a French Public Limited Company, or "société anonyme," organized and existing under French law. It has no corporate parent.

      2.    No publicity-held corporation owns 10% or more of BNPP's stock.

Dated: May 23, 2008
       New York, New York

                              Respectfully submitted,

                              GREENBERG TRAURIG, LLP
                              885 Third Avenue
                              New York, NY 10022
                              (212) 801-2100

                              By: _____
                                Robert J. Kirshenberg (RK - 1034)

                              ATTORNEYS FOR DEFENDANT
                              BNP PARIBAS S.A.,