ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KEY CORPORATE CAPITAL, INC.,                :    08-CV-03695 (RJH)
                            Plaintiff,      :
                                             :   **NOTICE OF MOTION TO**
            -v.-                             :   **ADMIT COUNSEL**
                                             :   **PRO HAC VICE**
BNP PARIBAS S.A.,                            :
                            Defendant.       :
-----------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Kirshenberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | GLENN E. GOLDSTEIN |
| Firm Name: | Greenberg Traurig, P.A. |
| Address: | 401 East Las Olas Boulevard<br>Suite 2000 |
| City/State/Zip: | Fort Lauderdale, FL 33301 |
| Phone Number: | (954) 765-0500 |
| Fax Number: | (954) 765-1477 |

Glenn E. Goldstein is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Glenn E. Goldstein in any State or Federal court.

Dated:  New York, New York
        May 27, 2008

                                    Respectfully submitted,

                                    _____
                                    Robert J. Kirshenberg (RK-1034)
                                    GREENBERG TRAURIG, LLP
                                    200 Park Avenue
                                    New York, New York 10166
                                    Telephone: (212) 801-2186
                                    Facsimile: (212) 801-6400
                                    kirshenbergr@gtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                Plaintiff,

         -v.-

BNP PARIBAS S.A.,

                Defendant.

------------------------------------------------------------------x

08-CV-03695 (RJH)

**AFFIDAVIT OF ROBERT J. KIRSHENBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                            ) ss:
County of New York )

Robert J. Kirshenberg, being duly sworn, deposes and says as follows:

1. I am a shareholder with Greenberg Traurig, LLP, counsel for Defendant BNP Paribas S.A., ("BNPP"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of BNPP's motion to admit Glenn E. Goldstein as counsel pro hac vice to represent it in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Glenn E. Goldstein since approximately 1998.

4. Mr. Goldstein is a shareholder with Greenberg Traurig, P.A., in Fort Lauderdale, Florida.

5. Mr. Goldstein is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Glenn E. Goldstein, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Glenn E. Goldstein, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Glenn E. Goldstein, pro hac vice, to represent Defendant BNPP in the above-captioned matter, be granted.

Dated: May 28, 2008
City, State: New York, New York

Sworn to before me this

28 day of May 2008

_____
Notary Public

BARBARA A. SLOANE
Notary Public, State of New York
No. 01SL5058490
Qualified in New York County
Commission Expires 4-8- _____

Respectfully submitted,

_____
Robert J. Kirshenberg (RK-1034)



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon      )

                In Re: 435260
                      Glenn Evan Goldstein
                      Greenburg Traurig P.A.
                      401 E. Las Olas Blvd., Ste. 2000
                      Ft. Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 18, 1984.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 28th day of April, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLM4/R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KEY CORPORATE CAPITAL, INC.,                :    08-CV-03695 (RJH)
                           Plaintiff,       :
                                            :
           -v.-                             :    **ORDER FOR ADMISSION**
                                            :    **PRO HAC VICE**
BNP PARIBAS S.A.,                           :    **ON WRITTEN MOTION**
                           Defendant.       :
                                            :
-----------------------------------------------------------------x

Upon the motion of Robert J. Kirshenberg, attorney for Defendant, BNP Paribas, S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | GLENN E. GOLDSTEIN |
| Firm Name: | Greenberg Traurig, P.A. |
| Address: | 401 East Las Olas Boulevard<br>Suite 2000 |
| City/State/Zip: | Fort Lauderdale, FL  33301 |
| Phone Number: | (954) 765-0500 |
| Fax Number: | (954) 765-1477 |

is admitted to practice pro hac vice as counsel for Defendant BNP Paribas S.A., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May __, 2008

City, State: New York, New York

_____
RICHARD J. HOLWELL
United States District Judge

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, JENEIRA ACEVEDO, being sworn, says:

1. I am over 18 years of age, am not a party to the action and my business address is 200 Park Avenue, New York, New York 10166.

2. On the 28th day of May, 2008 I served the within NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION OF COUNSEL GLENN GOLDSTEIN, AFFIDAVIT OF ROBERT J. KIRSHENBERG IN SUPPORT OF THAT MOTION AND PROPOSED ORDER FOR THE GRANTING OF THAT MOTION by depositing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following:

Alan G. Kipnis, Esq.
Arnstein & Lehr, LLP
200 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
Attorneys for Plaintiff

Martin Eisenberg, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Attorneys for Plaintiff

Glenn Goldstein, Esq.
Greenberg Traurig LLP
401 East Las Olas Boulevard, Suite 2000
Ft. Lauderdale, FL 33301

3. I certify under penalty of perjury that the foregoing is true and correct.

_____
Jeneira Acevedo

Sworn to before me this
28th day of May, 2008

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010