UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                      Plaintiff,

        -v.-

BNP PARIBAS S.A.,

                    Defendant.

-----------------------------------------------------------------------x

08-CV-03695 (RJH)

**NOTICE OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jerrold F. Goldberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | CARAN ROTHCHILD |
| Firm Name: | Greenberg Traurig, P.A. |
| Address: | 401 East Las Olas Boulevard<br>Suite 2000 |
| City/State/Zip: | Fort Lauderdale, FL  33301 |
| Phone Number: | (954) 765-0500 |
| Fax Number: | (954) 765-1477 |

Caran Rothchild is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Caran Rothchild in any State or Federal court.

Dated:  New York, New York
       May 27, 2008

Respectfully submitted,

Jerrold F. Goldberg (JG-7471)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9209
Facsimile:  (212) 801-6400
kirshenbergr@gtlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                               Plaintiff,

              -v.-

BNP PARIBAS S.A.,

                           Defendant.

-------------------------------------------------------------------------x

08-CV-03695 (RJH)

**AFFIDAVIT OF JERROLD F. GOLDBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                       )   ss:
County of New York  )

Jerrold F. Goldberg, being duly sworn, hereby deposes and says as follows:

1.    I am a shareholder with Greenberg Traurig, LLP, counsel for Defendant BNP Paribas S.A., ("BNPP") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of BNPP's motion to admit Caran Rothchild as counsel pro hac vice to represent it in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in August 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known of Caran Rothchild since 2001.

4.    Ms. Rothchild is a shareholder with Greenberg Traurig, P.A., in Fort Lauderdale, Florida.

5.    Ms. Rothchild is a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Caran Rothchild, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Caran Rothchild, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Caran Rothchild, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: May 28, 2008
City, State: New York, New York

Sworn to before me this

2̶7̶ day of May 2008

Respectfully submitted,

_____
Jerrold F. Goldberg (JG-7471)

_____
Notary Public
**MYRA BACHMANN
NOTARY PUBLIC, State of New York
No. 03-4700387
Qualified in Bronx County
Commission Expires August 31, 20___**



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.ORG

State of Florida        )

County of Leon        )

                      In Re: 983535
                           Caran Louise Rothchild
                           Greenburg Traurig P.A.
                           401 E. Las Olas Blvd., Ste. 2000
                           Ft. Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 29, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 28th day of April, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLM5/R10

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

I, JENEIRA ACEVEDO, being sworn, says:

1.      I am over 18 years of age, am not a party to the action and my business address is 200 Park Avenue, New York, New York 10166.

2.      On the 28th day of May, 2008 I served the within NOTICE OF MOTION FOR THE PRO HAC VICE ADMISSION OF COUNSEL CARAN ROTHCHILD, AFFIDAVIT OF JERROLD F. GOLDBERG IN SUPPORT OF THAT MOTION AND PROPOSED ORDER FOR THE GRANTING OF THAT MOTION by depositing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following:

Alan G. Kipnis, Esq.
Arnstein & Lehr, LLP
200 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
Attorneys for Plaintiff

Martin Eisenberg, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Attorneys for Plaintiff

Glenn Goldstein, Esq.
Greenberg Traurig LLP
401 East Las Olas Boulevard, Suite 2000
Ft. Lauderdale, FL 33301

3.      I certify under penalty of perjury that the foregoing is true and correct.

_____
                 Jeneira Acevedo

Sworn to before me this
28th day of May, 2008

_____
        Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                          Plaintiff,

              -v.-

BNP PARIBAS S.A.,

                     Defendant.

------------------------------------------------------------------------x

08-CV-03695 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jerrold F. Goldberg, attorney for Defendant, BNP Paribas, S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | CARAN ROTHCHILD |
| Firm Name: | Greenberg Traurig, P.A. |
| Address: | 401 East Las Olas Boulevard<br>Suite 2000 |
| City/State/Zip: | Fort Lauderdale, FL  33301 |
| Phone Number: | (954) 765-0500 |
| Fax Number: | (954) 765-1477 |

is admitted to practice pro hac vice as counsel for Defendant BNP Paribas S.A., in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  May __, 2008

City, State: New York, New York

                                                      _____

                                                      RICHARD J. HOLWELL
                                                      United States District Judge