UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KEY CORPORATE CAPITAL, INC.,

                Plaintiff,

-v.-

BNP PARIBAS S.A.,

                Defendant.

----------------------------------------------------------------x

08-CV-03695 (RJH)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jerrold F. Goldberg, attorney for Defendant, BNP Paribas, S.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | CARAN ROTHCHILD |
| Firm Name: | Greenberg Traurig, P.A. |
| Address: | 401 East Las Olas Boulevard<br>Suite 2000 |
| City/State/Zip: | Fort Lauderdale, FL 33301 |
| Phone Number: | (954) 765-0500 |
| Fax Number: | (954) 765-1477 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

is admitted to practice pro hac vice as counsel for Defendant BNP Paribas S.A., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 31, 2008
City, State: New York, New York

RICHARD J. HOLWELL
United States District Judge