**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

KEY CORPORATE CAPITAL, INC.,

    Plaintiff,

v.

BNP PARIBAS S.A.,

    Defendant.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

08 – cv – 03695 (RJH)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon motion of Martin Eisenberg, Esq., attorney for Plaintiff Key Corporate Capital, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Alan Gary Kipnis
    Arnstein & Lehr, LLP
    200 East Las Olas Boulevard
    Suite 1700
    Ft. Lauderdale, FL 33301
    Tel: (954) 713 - 7600
    Fax: (954) 713 - 7700
    Email: AGKipnis@Arnstein.com

is admitted to practice *pro hac vice* as counsel for Plaintiff, Key Corporate Capital, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

*Plaintiff is directed to file the Motion and the supporting documentation with the Clerk of the Court.*

Dated: ~~May~~ 6/5, 2008
New York, New York

                _____
                Hon. Richard J. Holwell
                United States District Judge
                Southern District of New York