UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KEY CORPORATE CAPITAL, INC.,                    :
                        Plaintiff,                      :    08 – cv – 03695 (RJH)

        v.                                              :    MOTION TO ADMIT COUNSEL
                                                                PRO HAC VICE
                                                                 :

BNP PARIBAS S.A.,                               :

                       Defendant.         :
------------------------------------------------------------ x

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for the Southern District of New York, I, Martin Eisenberg, a member of good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

       Alan Gary Kipnis
       Arnstein & Lehr, LLP
       200 East Las Olas Boulevard
       Suite 1700
       Ft. Lauderdale, FL 33301
       Tel: (954) 713 - 7600
       Fax: (954) 713 - 7700
       Email: AGKipnis@Arnstein.com

Alan Gary Kipnis is a member in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against Mr. Kipnis.

Dated: May ___, 2008                           Respectfully submitted,
New York, New York

                                                                _____
                                                                 Martin Eisenberg (ME0015)
                                                                THOMPSON HINE LLP
                                                                335 Madison Avenue, 12th Floor
                                                                New York, New York 10017
                                                                Tel:  (212) 908-3933
                                                                Fax:  (212) 344-6101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KEY CORPORATE CAPITAL, INC.,

                    Plaintiff,

     v.

BNP PARIBAS S.A.,

                    Defendant.
------------------------------------------------------------ x

08 – cv – 03695 (RJH)

**AFFIDAVIT OF
MARTIN EISENBERG
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York   )
                              ) ss:
County of New York )

MARTIN EISENBERG, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Thompson Hine LLP, counsel for the Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Alan Gary Kipnis as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to practice before the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Alan Gary Kipnis is a partner with the law firm of Arnstein & Lehr LLP. I believe Mr. Kipnis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

4. Accordingly, I am pleased to move for the admission of Alan Gary Kipnis *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Alan Gary Kipnis *pro hac vice* which is attached hereto as <u>Exhibit A</u>, be granted

WHEREFORE, it is respectfully requested that the motion to admit Alan Gary Kipnis *pro hac vice* to represent Plaintiff in the above captioned matter, be granted.

Dated: May 20, 2008

New York, New York

Notarized: *[signature]*
           Notary

Doreen Pando
Notary Public, State of New York
No. 01PA5083699
Qualified in New York County
Commission Expires August 18, 2009

Respectfully Submitted,

*[signature]*
Martin Eisenberg (ME0015)
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel: (212) 908-3933
Fax: (212) 344-6101

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

## ALAN G. KIPNIS

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 25, 1974**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 9, 2008.*

*Clerk of the Supreme Court of Florida*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of July 2008, a true and correct copy of the foregoing was served electronically through the Court's ECF System to the parties listed therein.

_____

Robert T. Barnard
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel:  (212) 908-3922
Fax:  (212) 344-6101

*One of the Attorneys for*
*Key Corporate Capital, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KEY CORPORATE CAPITAL, INC.,

                        Plaintiff,

v.

BNP PARIBAS S.A.,

                        Defendant.
------------------------------------------------------------ x

08 – cv – 03695 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon motion of Martin Eisenberg, Esq., attorney for Plaintiff Key Corporate Capital, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Alan Gary Kipnis
    Arnstein & Lehr, LLP
    200 East Las Olas Boulevard
    Suite 1700
    Ft. Lauderdale, FL 33301
    Tel: (954) 713 - 7600
    Fax: (954) 713 - 7700
    Email: AGKipnis@Arnstein.com

is admitted to practice *pro hac vice* as counsel for Plaintiff, Key Corporate Capital, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May __, 2008

New York, New York

                                                                 _____
                                                                  Hon. Richard J. Holwell
                                                                  United States District Judge
                                                                  Southern District of New York