UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

KEY CORPORATE CAPITAL, INC.,

                    Plaintiff,

-against-

BNP PARIBAS S.A.,

                    Defendant.

08 Civ. 3695 (RJH)

**ORDER**

      The parties are directed to appear for argument on defendant's motion to dismiss on July 31, 2008, at 3:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       July 15, 2008

                                            Richard J. Holwell
                                            United States District Judge