UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

---

KEY CORPORATE FINANCIAL, INC.

                Plaintiff,

    -against-

BNP PARIBAS S.A.,

                Defendant.

---

08 Civ. 03695 (RJH)

**ORDER**

For the reasons stated on the record during oral argument on July 31, 2008, Defendant's motion to dismiss [1] is granted. Plaintiff is granted leave to file an amended complaint by September 1, 2008.

SO ORDERED.

Dated: New York, New York
       July 31, 2008

                                              _____
                                              Richard J. Holwell
                                              United States District Judge