# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

August 27, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

*VIA FACSIMILE*

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007-1312

RE: Key Corporate Capital, Inc. v. BNP Paribas, S.A.; Case No. 08-CV-3695 (RJH)

Dear Judge Holwell:

Please be advised that the undersigned firm is counsel to Key Corporate Capital, Inc. ("Key"), in the above captioned case.

On July 31, 2008, the Court heard oral argument with respect to the motion of defendant BNP Paribas, S.A. ("BNP"), to dismiss Key's complaint seeking an accounting with respect to the foreclosure of a loan made by BNP and Key to a third party. The Court granted BNP's motion to dismiss with leave for Key to file an amended complaint within thirty (30) days (September 1, 2008). The Court also recommended that the parties meet in an effort to resolve the matter.

BNP and Key have agreed to meet on September 12, 2008 in an effort to reach a consensual resolution of this matter. The September 12, 2008 date is the first available time that all parties and their counsel could arrange their schedules to meet. BNP has also consented to an extension of the time within which Key must file an amended complaint, up to and including fifteen (15) days following the September 12, 2008 meeting, or September 27, 2008.

In consideration of the parties' attempt to resolve this matter without court intervention, the parties respectfully request that the Court, by memo endorsement of this letter, extend the deadline for Key to file an amended complaint to September 27, 2008. This is the first request made by the parties for an extension of time, and the requested extension will not affect other dates in this case.

If the Court has any questions, kindly have Chambers contact the undersigned. We thank the Court for its time and consideration.

Respectfully,

Martin Eisenberg

cc: Alan G. Kipnis, Esq.
    Glenn E. Goldstein, Esq.

SO ORDERED

[signature]
USDJ
8/28/08

THOMPSON HINE LLP          335 Madison Avenue       167139.1  www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor               Phone 212.344.5680
                           New York, New York 10017-4611   Fax 212.344.6101